Anthony P. Cali (*Pro Hac Vice*)
AZ Bar No. 028261
STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Phone No.: 602.212.8509
Anthony.Cali@stinson.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAMES WASSERSON and GREGORY WASSERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>SANCTUARY BROADWAY MULTIFMAMILY, LLC, a Wyoming limited liability company; SANCTUARY MGR, LLC, a Wyoming limited liability company; and ROUGE EQUITY, LLC, a Wyoming limited liability company,<br><br>Defendants. | Case No. 2:24-cv-00124-ABJ |

## NOTICE OF ATTORNEY APPEARANCE

NOTICE IS HEREBY GIVEN that pursuant to Local Rule 84.3(a), the undersigned attorney, Anthony P. Cali of the law firm Stinson LLP, enters his appearance in the above-captioned action as counsel for Defendants Sanctuary Broadway Multifamily, LLC, Sanctuary MGR, LLC, and Rogue Equity, LLC and respectfully requests service of copies of all notices, pleadings, motions, applications, and any other documents filed and/or served in this case be sent to the following:

Anthony P. Cali (*Pro Hac Vice*)
AZ Bar No. 028261
STINSON LLP

1

1850 N. Central Avenue, Suite 2100<br>
Phoenix, AZ 85004<br>
Phone No.: 602.212.8509<br>
Anthony.Cali@stinson.com

Respectfully submitted this 1st day of August, 2024.

/s/ Anthony P. Cali
Anthony P. Cali (Pro Hac Vice)
STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Phone No.: 602.212.8509
Anthony.Cali@stinson.com

*Attorneys for Defendants Sanctuary Broadway Multifamily, LLC, Sanctuary MGR, LLC, and Rogue Equity, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

John Paul Fritz
Kari Hartman
Sean M. Larson
HATHAWAY & KUNZ, LLP
2515 Warren Ave., Suite 500
Cheyenne, WY 82001-3152
Telephone: (307) 634-7723
Facsimile: (307) 634-0985
jfritz@hkwyolaw.com
khartman@hkwyolaw.com
slarson@hkwyolaw.com

*Attorneys for Plaintiffs*

/s/ Anthony P. Cali
Anthony P. Cali