Sean M. Larson, 7-5112
John Fritz, 7-6318
Kari Hartman, 8-6507
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY 82003-1208
(307) 634-7723
slarson@hkwyolaw.com
jfritz@hkwyolaw.com
khartman@hkwyolaw.com

Andrew B. Pipes, 7-6034
4750 Table Mesa Drive
Boulder, CO 80305-5541
(303) 494-3000
andrew@frascona.com

ATTORNEYS FOR PLAINTIFFS
JAMES WASSERSON AND GREGORY WASSERSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAMES WASSERSON and GREGORY WASSERSON, | ) Case No.: 2:24-cv-00124-ABJ |
| Plaintiffs, | ) |
| vs. | ) |
| SANCTUARY BROADWAY MULTIFAMILY, LLC, a Wyoming limited liability company; SANCTUARY MGR, LLC, a Wyoming limited liability company; and ROUGE EQUITY, LLC, a Wyoming limited liability company, | ) |
| Defendants and Third-Party Plaintiffs. | ) |
| vs. | ) |
| KELLEY CLARKE, PC, a Texas professional corporation; MATTHEW M. CLARKE and JANE DOE CLARKE single or married persons; DUGAN P. KELLEY and JANE DOE KELLEY, single or married persons, | ) |
| Third-Party Defendants. | ) |

1

---

**STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiffs, James Wasserson and Gregory Wasserson (collectively, "Plaintiffs"), Defendants/Third-Party Plaintiffs, Sanctuary Broadway Multifamily, LLC, Sanctuary MGR, LLC, and Rogue Equity, LLC (collectively, "Defendants"), and Third-Party Defendants, Kelley Clarke, PC, Matthew M. Clarke, Jane Doe Clarke, Dugan P. Kelley, and Jane Doe Kelley (collectively, "Third-Party Defendants") have settled this matter. Accordingly, Plaintiffs, Defendants, and Third-Party Defendants stipulate and jointly move this court, pursuant to Federal Rule of Civil Procedure 41(a)(ii), to dismiss this proceeding with prejudice, with each party bearing its own costs and attorneys' fees. A proposed form of order has been submitted herewith.

RESPECTFULLY SUBMITTED this 3rd day of December 2025.


/s/ John Fritz

Sean M. Larson
John Fritz
Kari Hartman
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY 82003-1208
slarson@hkwyolaw.com
jfritz@hkwyolaw.com
khartman@hkwyolaw.com

Andrew B. Pipes
Frascona Joinder Goodman & Greenstein, P.C.
4750 Table Mesa Drive
Boulder, CO 80305
andrew@frascona.com

*Attorneys for Plaintiffs*


/s/ Anthony P. Cali

Thomas J. Salerno (Pro Hac Vice)
Anthony P. Cali (Pro Hac Vice)
STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
Phone No.: 602.279.1600
Emails: Thomas.Salerno@stinson.com
        Anthony.Cali@stinson.com

Zane A. Gilmer
STINSON LLP
1144 Fifteenth Street, Suite 2400
Denver, CO 80202
Phone:  303.376.8416
Email: zane.gilmer@stinson.com

*Attorneys for Defendants*

*/s/ Christine Stickley*
Christine Stickley
Gordon Rees Scully Mansukhani, LLP
515 E. Ivinson, Ste. 108
Laramie, WY 82070
cstickley@grsm.com

*Attorneys for Third-Party Defendants*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 3rd day of December, 2025, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Zane A. Gilmer, Esq., | [ X ]  CM/ECF |
| Thomas J. Salerno, | [    ]  U.S. Mail |
| Anthony P. Cali, | [    ]  Fax: |
| Stinson LLP | [    ]  E-mail: |
| 1144 Fifteenth Street, Suite 2400 | |
| Denver, CO 80202 | |
| Phone No.: 303.376.8416 | |
| *Attorneys for Defendant/ Counterclaim Plaintiff* | |

| | |
|---|---|
| Christine Stickley, Esq., | [ X ]  CM/ECF |
| Gordon Rees Scully Mansukhani, LLP | [    ]  U.S. Mail |
| 515 E. Ivinson, Ste. 108 | [    ]  Fax: |
| Laramie, WY 82070 | [    ]  E-mail: |
| Telephone: 307-534-6742 | |
| *Attorneys for Third Party Defendant* | |

*/s/ Melissa Underhill*
HATHAWAY & KUNZ, LLP