

**FILED**

*11:08 am, 12/5/25*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

| | |
|---|---|
| JAMES WASSERSON and GREGORY WASSERSON, <br><br> Plaintiffs, <br><br> vs. <br><br> SANCTUARY BROADWAY MULTIFAMILY, LLC, a Wyoming limited liability company; SANCTUARY MGR, LLC, a Wyoming limited liability company; and ROUGE EQUITY, LLC, a Wyoming limited liability company, <br><br> Defendants and Third-Party Plaintiffs. <br><br> vs. <br><br> KELLEY CLARKE, PC, a Texas professional corporation; MATTHEW M. CLARKE and JANE DOE CLARKE single or married persons; DUGAN P. KELLEY and JANE DOE KELLEY, single or married persons, <br><br> Third-Party Defendants. | Case No. 24-cv-124-ABJ |

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter is before the Court on the parties' stipulation and joint motion to dismiss. The parties seek to dismiss this case with prejudice after settling the claims in this

case. The Court has reviewed the motion and is fully informed in the premises. The Court finds that the parties' motion should be granted.

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and costs.

Dated this __5Th__ day of December, 2025.

Alan B. Johnson
United States District Judge